UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY O'CONNOR,

    Plaintiff,

vs.

JACKSON FORD, INC., d/b/a
SEYMOUR FORD,

    Defendant.
                                           /

Case No.: 2:05CV74328
Honorable Judge Gerald E. Rosen
Magistrate Judge Paul J. Kmoives

ALAN B. POSNER (P27981)
KELMAN LORIA, PLLC
660 Woodward Ave., Suite 1420
Detroit, MI 48226
(313) 961-7363, Ext. 229

ANN E. MERRY (P36009)
LANGFORD & MERRY
101 W. Big Beaver Rd., 14th Floor
Troy, MI 48084
(248) 687-1033

## ORDER FOR DISMISSAL

At a session of said Court held in the
City of Detroit, County of Wayne
State of Michigan on May 3, 2006

PRESENT:    Honorable Gerald E. Rosen
                      United States District Court Judge

A Stipulation having been filed and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that the above-entitled matter be, and it hereby is dismissed with prejudice and without costs to any party.

This Order resolves all pending claims and closes the case.

                            s/Gerald E. Rosen
                            United States District Judge

Dated: May 3, 2006

1